**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Repoza** | |
| **Plaintiff** | **CIVIL ACTION** |
| **V.** | **NO. 10-10559-GAO** |
| **Portfolio Recovery Associates, LLC** | |
| **Defendant** | |

## O R D E R

**O'Toole, D.J.**

**The Plaintiff's Opposition (docket number 22) is stricken for failure to comply with Local Rule 5.1(a). Within seven days of the date of this order, the Plaintiff shall file and serve a substitute pleading that conforms to the requirements of the Court's Local Rules.**

| | |
|---|---|
| **8/12/2010** | **/s/George A. O'Toole, Jr.** |
| **Date** | **United States District Judge** |