UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10559-GAO

DEBORAH A. REPOZA,
Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,
Defendant.

ORDER
October 6, 2010

O'TOOLE, D.J.

After careful review of the parties' submissions, the defendant's Motion to Strike Plaintiff's Opposition to Defendant's Motion to Dismiss (dkt. no. 25) and Motion to Dismiss Plaintiff's Complaint or in the Alternative Stay Litigation (dkt. no. 7) are both DENIED. Under the doctrine established by Colorado River Water Conservation District v. United States, 424 U.S. 800 (1976), and its progeny, no exceptional circumstances are present which would justify the defendant's request that the Court decline its obligation to exercise jurisdiction in this case.

It is SO ORDERED.

   /s/ George A. O'Toole, Jr.
United States District Judge