# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH A. REPOZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No.: 1:10-cv-10559** |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

| | |
|---|---|
| /S/ Andrew M. Schneiderman | /S/ Craig Thor Kimmel |
| Andrew M. Schneiderman, Esquire | Craig Thor Kimmel, Esquire |
| Attorney ID: 666252 | Attorney ID: 57100 |
| Attorney for Defendant, | Attorney for the Plaintiff |
| | |
| Date: December 6, 2010 | Date: December 6, 2010 |

BY THE COURT:

_____
                                                    J.